181 So. 306

**Ex parte Oscar S. LEWIS.**

**4 Div. 35.**

Supreme Court of Alabama.

May 12, 1938.

Oscar S. Lewis, pro se.

Rushton, Crenshaw & Rushton, of Montgomery, for respondents.

PER CURIAM.

The rule nisi is denied. Application should have been made to the circuit court.

All the Justices concur.